**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

*Miguel-Miguel v. Kane*

THE HONORABLE JOHN W. SEDWICK            2:07-cv-01815 JWS

PROCEEDINGS:            **ORDER FROM CHAMBERS**            December 11, 2007

    In a report at docket 17, the magistrate judge recommends that the motion to dismiss at docket 12 be granted because petitioner's release from custody has rendered this case moot. This court has independently reviewed the matter and finds that the recommendation at docket 17 is correct. The report at docket 17 is **ADOPTED** and the motion at docket 12 is **GRANTED**. The petition for writ of habeas corpus at docket 1 is **DENIED** as moot. The Clerk will please close the file.